This is to advise that on May 29, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-86

In action

Ct. No. 05-00569

SKF USA Inc., SKF France S.A.,
SKF Aerospace France, SKF GmbH,
and SKF Industrie S.p.A.,
(Plaintiffs,)

v.

UNITED STATES
(Defendant)

And

Timken U.S. Corporation
(Defendant-Intervenor).